18 So.2d 884

**Virgil Brewer SMITH v. STATE.**

**8 Div. 369.**

Court of Appeals of Alabama.
May 23, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

17 So.2d 188

**Will SMITH v. STATE.**

**6 Div. 985.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

14 So.2d 915

**William Clarence SMITHERMAN v. STATE.**

**5 Div. 173.**

Court of Appeals of Alabama.
June 22, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.

12 So.2d 874

**Morris SOKOL v. STATE.**

**6 Div. 911.**

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

BRICKEN, Presiding Judge.
Affirmed.

12 So.2d 875

**Morris SOKOL v. STATE.**

**6 Div. 912.**

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

SIMPSON, Judge.
Affirmed.

12 So.2d 875

**Morris SOKOL v. STATE.**

**6 Div. 913.**

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

RICE, Judge.
Affirmed.